# United States Court of Appeals for the Federal Circuit

---

**KINGSTON TECHNOLOGY COMPANY, INC.,**
*Appellant*

**v.**

**SPEX TECHNOLOGIES, INC.,**
*Appellee*

---

2019-1256

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2017-01021.

---

## JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED-IN-PART, VACATED-IN-PART, AND REMANDED**

ENTERED BY ORDER OF THE COURT

February 21, 2020 /s/ Peter R. Marksteiner

Peter R. Marksteiner
Clerk of Court